342-360258-24

FILED
TARRANT COUNTY
12/13/2024 3:21 PM
THOMAS A. WILDER
DISTRICT CLERK

## IACUONE McALLISTER POTTER

### TRUSTED TESTED RESPECTED

**IACUONE McALLISTER POTTER PLLC**
Chase J. Potter, Managing Member
Energy Square One
4925 Greenville Ave., Suite 700
Dallas, Texas 75206
Direct: 214-432-1548
E-mail: potter@imcplaw.com

December 13, 2024

*Via E-File*
Clerk of Court
342nd District Court
100 N. Calhoun St.
Fort Worth, Texas 76196

    Re:    **Cause No. 342-360258-24**; *345 Partners SPV2 LLC, et al. v. Nathan Nichols, et al.*; In the 342nd Judicial District Court, Tarrant County, Texas

Dear Clerk,

I am counsel for the plaintiffs in the above-referenced matter. Once citations have been issued for the defendants, the plaintiffs request that you return them via-email to the following e-mail addresses:

potter@imcplaw.com
emily@imcplaw.com

Please let me know if there are any questions.

    Sincerely,

    Chase J. Potter

**EXHIBIT B**

Copy from re:SearchTX